

SO ORDERED,

*Judge Jason D. Woodard*

**Judge Jason D. Woodard**

United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

| | | | |
|---|---|---|---|
| **In re:** | | | |
| Doris W. Brown | ) | **Case No:** | 17-12598-JDW |
| | ) | | |
| | ) | | |
| | ) | | |
| **Debtor(s).** | ) | **Chapter:** | 13 |

ORDER

The Debtor filed with the Court an Application to Employ (the "Application to Employ") denominated as Doc.#73. At the same time, the Debtor also filed with the Court a related second Application for Approval of Fee Contract for that same representation (Doc.#82). No response was filed to either application by the deadline set by the Court.

The Application to Employ is being approved by separate order, on the terms set forth in that Order (the "Order Approving Employment").

As set forth in the Order Approving Employment, any settlement in the underlying cause of action, and/or approval of fees and expenses, will be considered upon the filing of the appropriate motion at the appropriate and relevant time. Employment having been approved by the Order Approving Employment, and consideration of any proposed settlement and/or attorney's fees to be taken up at a later time; the Court finds that the Application for Approval of Attorney Fee Contract is unnecessary.

It is therefore **ORDERED, ADJUGED AND DECREED** that the Application for Approval of Fee Contract is **DENIED** as **MOOT**.

## END OF ORDER##