

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

RE:

DORIS W. BROWN                                          CHAPTER 13 PROCEEDING

DEBTOR                                                  CASE NO. 17-12598

### ORDER APPROVING SPECIAL COUNSEL'S FEES AND EXPENSES

This cause coming on for hearing upon the Application For Compensation (Dkt. #82) filed by the Debtor, Doris W. Brown, by and through her Special Counsel, Carter Dobbs, Jr., in the above styled and numbered cause, notice of the filing and hearing of said Application having been given in accordance with the law and the Rules of this Court, no objection or response to said notice having been filed within the time required by the Rules of this Court, and the Court, being fully advised in the premises, finds and determines that said Application is well-taken and ought to be sustained.

It is, therefore, ordered and adjudged that the Application For Compensation of Doris W. Brown, by and through her Special Counsel, Carter Dobbs, Jr., is hereby approved, and from the total settlement proceeds of $60,000.00 paid by the insurer of Better Brands Distributing Company, fees and expenses to Special Counsel for the Debtor, Carter Dobbs, Jr., in the amount of $13,606.76 is hereby approved.

##END OF ORDER##

SUBMITTED BY:

CARTER DOBBS, JR.
SPECIAL COUNSEL FOR THE DEBTOR
MISSISSIPPI BAR NO. 6137
103 2ND AVENUE NORTH
POST OFFICE BOX 517
AMORY, MISSISSIPPI 38821

TEL: (662) 256-5697
FAX: (662) 256-1483
E-MAIL: carterdobbslaw@gmail.com